**Order entered April 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01661-CR

**JULIO CESAR VILLALBA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58991-Q**

## ORDER

The Court **GRANTS** court reporter Marissa Garza's April 4, 2014 request for an extension of time to file the reporter's record. We **ORDER** Ms. Garza to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marissa Garza, official court reporter, 204th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE